# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

FILED
98 SEP 15 PM 4: 23
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| **JUDY BROOME, et al.** | ] | |
| Plaintiffs, | ] | |
| vs. | ] | CV 98-N-2165-E |
| **SUPERVALU, INC.,** | ] | |
| Defendant. | ] | |

ENTERED
SEP 15 1998

### Order

The court has for consideration the newly filed complaint of the plaintiff, Judy Broome. In the complaint, Ms. Broome makes claims on behalf of herself as well as a class of female employees of the defendant. Unfortunately, the parameters of the putative class Ms. Broome seeks to represent are inconsistent and described with insufficient detail.

Plaintiff is hereby instructed to **AMEND** her complaint, detailing with clarity and consistency what class she intends to represent and on what basis she will seek certification.

Done, this 14th of September, 1998.

EDWIN L. NELSON
UNITED STATES DISTRICT JUDGE

